**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

KASII THOMAS                                                                                         PLAINTIFF
ADC #113374

v.                                          No. 4:11CV00275 JLH

CAROL V. BOHANNON, Hearing Examiner,
Arkansas Department of Correction, *et al*.                                          DEFENDANTS

**JUDGMENT**

    Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, and Judgment is entered in favor of Defendants on all claims set forth herein. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

    DATED this 15th day of April, 2011.

                                            */s/ J. Leon Holmes*
                                            J. LEON HOLMES
                                            UNITED STATES DISTRICT JUDGE